IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2008 FEB -8 P 2: 14

SHAN LASHA GRIFFIN,

CASE NO.   3:08cv 92 - WKW

Plaintiff,

v.

EQUIFAX INFORMATION SERVICES LLC,

Defendants.

## NOTICE OF REMOVAL

Defendant Equifax Information Services LLC ("Equifax") files this Notice of Removal of this action from the Circuit Court of Chambers County, Alabama, wherein it is now pending as Case No. 12-CV-2008-900003.00, to the United States District Court for the Middle District of Alabama, Eastern Division.  This Notice of Removal is filed pursuant to 28 U.S.C. § 1441 and 1446.  In support hereof, Equifax states as follows:

1.      An action was filed on January 7, 2008, in the Circuit Court of Chambers County, Alabama, entitled *Shan Lasha Griffin v. Equifax Information Services LLC*, Civil Action No. 12-CV-2008-900003.00 (the "State Court Action").

2.      Equifax was served with the Complaint on January 9, 2008.

3.      This Notice is being filed with this Court within thirty (30) days after Equifax was served with a copy of Plaintiff's summons and complaint.  Accordingly, the removal of this action is timely under 28 U.S.C. § 1446(b).

4.      This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 *et seq.*, otherwise known as the Fair Credit Reporting Act ("FCRA"),  as follows:

(a)     Plaintiff's Complaint, on its face, alleges a violation of the FCRA.  (See Plaintiff's Complaint).

(b)   The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . . ."

5.   A copy of this notice of removal is being served on counsel for plaintiff and is being filed with the Clerk of the Circuit Court of Chambers County, Alabama in accordance with 28 U.S.C. § 1446(d).

6.   A true and correct copy of all process and pleadings is filed herewith, as required by 28 U.S.C. § 1446(a).  *See* Exhibit A.  The necessary filing fee has been paid with this notice.

7.   Equifax reserves the right to amend or supplement this notice of removal as may be appropriate and necessary.

WHEREFORE, Equifax requests that the above-described action be removed to this Court.

This 7th day of February, 2008.

Respectfully submitted,

Kirkland E. Reid (REIDK9451)
Attorney for Equifax Information
          Services, LLC

OF COUNSEL:

Miller, Hamilton, Snider & Odom
254 State Street
PO Box 46
Mobile, AL 36601
Tel:  (251) 432-1414
Fax: (251) 433-4106

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2008,  the foregoing was served by depositing same in the U.S. Mail, postpaid, properly addressed to the following:

David M. Cowan
Mann, Cowan & Potter, P.C.
2000-B SouthBridge Parkway, Suite 601
Birmingham, AL 35209

Mark H. Carlton
The Law Center, 9 LaFayette Street North
LaFayette, Alabama 36862

_____
Kirkland E. Reid