IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SHAN LASHA GRIFFIN )
)
Plaintiff, )
)
v. ) CASE NO. 3:08-cv-92-WKW
)
EQUIFAX INFORMATION SERVICES, LLC )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Shan LaSha Griffin, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☒ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                   Relationship to Party

2/15/2008                           s/ David M. Cowan
Date                                (Signature)

                                    David M. Cowan (ASB-4957-W85D)
                                    (Counsel's Name)

                                    Shan LaSha Griffin
                                    Counsel for (print names of all parties)
                                    2000B SouthBridge Parkway, Suite 601
                                    Birmingham, Alabama 35209
                                    Address, City, State Zip Code
                                    (205) 879-9661
                                    Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

## CERTIFICATE OF SERVICE

I, David M. Cowan, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail and/or electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 15 day of February 20 08, to:

Kirkland E. Reid, Esq., Miller, Hamilton, Snider & Odom, 254 State Street,

P.O. Box 46, Mobile, AL 36601

Mark H. Carlton, Esq., The Law Center, 9 LaFayette St. N., LaFayette, AL 36862

2/15/2008
Date

s/ David M. Cowan
Signature