IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SHAN LASHA GRIFFIN, | * | |
| | * | |
| Plaintiff, | * | |
| | | |
| v. | * | CASE NO. 3:08-CV-92-WKW |
| | | |
| EQUIFAX INFORMATION SERVICES LLC, | * | |
| et al., | * | |
| | * | |
| Defendants | * | |

.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, undersigned counsel for Equifax Information Services, LLC, defendant in the above captioned action, certifies that Equifax Information Services, LLC is a wholly owned subsidiary of Equifax, Inc.

          Respectfully submitted,

          /s/ Kirkland E. Reid
          Kirkland E. Reid

OF COUNSEL:

MILLER, HAMILTON, SNIDER &
ODOM, LLC
254 State Street
P.O. Box 46
Mobile, AL 36601
Tel: (251) 432-1414
Fax: (251) 433-4106
KirkReid@mhsolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification to the below named counsel:

David M. Cowan
Mann, Cowan & Potter, P.C.
2000-B SouthBridge Parkway, Suite 601
Birmingham, AL 35209

Mark H. Carlton
The Law Center, 9 LaFayette Street North
LaFayette, Alabama 36862

                                                              /s/ Kirkland E. Reid_____
                                                              Kirkland E. Reid

U:\atty\KER\E\Equifax\Shan Lasha Griffin\Disclosure Statement.wpd