# MANN, COWAN & POTTER, P. C.

### ATTORNEYS AT LAW

2000B SOUTHBRIDGE PARKWAY

SUITE 601

BIRMINGHAM, ALABAMA 35209

TELEPHONE 205-879-9661

FACSIMILE 205-879-9663

Writer's Direct E-mail:

David@mcplaw.com

TED L. MANN
DAVID M. COWAN
ROBERT POTTER

February 15, 2008

Kirkland E. Reid, Esq.
Miller, Hamilton, Snider & Odom
254 State Street
Post Office Box 46
Mobile, Alabama 36601

    Re: *Shan LaSha Griffin v. Equifax Information Services, LLC*

Dear Mr. Reid:

    The Plaintiff hereby makes an <u>initial</u> settlement demand of $60,000.00. Please advise your client that we would fully expect to resolve the case at some figure below this amount and would be willing to negotiate such a settlement.

        With kindest regards,

        MANN, COWAN & POTTER, P.C.

        David M. Cowan

DMC/kmw

EXHIBIT

B