IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAN LASHA GRIFFIN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No.: 3:08-cv-92-WKW |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| | ) |
|     Defendants. | ) |

**PLAINTIFF'S MOTION TO STAY**

COMES NOW the Plaintiff, Shan LaSha Griffin (hereinafter "Griffin") in the above-styled cause, who hereby moves this Court for an Order staying all matters in this case pending a ruling on Griffin's Motion to Remand. In support of this motion, Griffin states as follows:

1.   On March 5, 2008, Griffin filed a Motion to Remand. In said motion, Griffin raised serious questions as to the propriety of the removal of this case. Griffin respectfully submits that in the interest of judicial economy, all parties would be served by stay of this matter until all questions regarding this Court's jurisdiction over this matter can be resolved.

WHEREFORE, PREMISES CONSIDERED, for the reasons stated herein, Shan LaSha Griffin respectfully requests that this action be stayed pending a ruling on the Motion to Remand.

                                              s/ David M. Cowan
                                              ASB-4957-W85D
                                              *Attorney for Plaintiff, Shan LaSha Griffin*
                                              **MANN, COWAN & POTTER, P.C.**
                                              2000-B SouthBridge Parkway, Suite 601
                                              Birmingham, Alabama 35209
                                              Telephone: (205) 879-9661
                                              Facsimile: (205) 879-9663
                                              E-mail: David@mcplaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have on this the <u>14th</u> day of <u>March</u>, <u>2008</u>, electronically filed the above and foregoing with the Clerk of the Court by using the CM/ECF system which will electronically send notification of such filing to the following:

Kirkland E. Reid, Esq.
Miller, Hamilton, Snider & Odom
254 State Street
Post Office Box 46
Mobile, Alabama 36601

Mark H. Carlton, Esq.
The Law Center
9 LaFayette Street North
LaFayette, Alabama 36862

                                                s/ David M. Cowan
                                                OF COUNSEL