IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAN LASHA GRIFFIN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 3:08-CV-92-WKW ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Plaintiff's Motion to Stay (Doc. # 9), in which the plaintiff seeks a stay of the case pending the court's resolution of the motion to remand, the court construes the motion as a motion to stay discovery pending resolution of the motion to remand. Pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, the parties may not seek discovery prior to the Rule 26(f) conference. It is ORDERED that the motion is GRANTED, and discovery is stayed until the court resolves the motion to remand.

DONE this 19th day of March, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE