UNITED STATES DISTRICT COURT
MMIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SHAN LASHA GRIFFIN, | ) CASE NO 3:08-cv-00092-WKW-SRW |
| Plaintiff, | ) |
| v. | ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) |
| Defendant. | ) |

**JOINT CONSENT TO REMAND**

COME NOW Plaintiff Shan Lasha Griffin and Defendant Equifax Information Services LLC ("Equifax"), and consent to the following:

Plaintiff Shan Lasha Griffin and Defendant Equifax have conferred regarding Plaintiff's Motion to Remand that is pending. Based on the facts as the parties presently understand them, Equifax consents to the remand of this matter to the Circuit Court of Chambers County, Alabama. Plaintiff agrees that she will, and hereby does, withdraw her request for an award of fees and/or costs that is set forth in Plaintiff's Motion to Remand.

Dated: March 31, 2008

                                              Respectfully submitted,

                                              /s/ David M. Cowan[1]
                                              David M. Cowan
                                              One of the Attorneys for Plaintiff Shan Lasha Griffin

---

[1] Electronic signature affixed pursuant to request and with express permission of David M. Cowan.

**OF COUNSEL:**
MANN, COWAN & POTTER, P.C.
2000-B SouthBridge Pkwy., Suite 601
Birmingham, AL 35209
Telephone:     (205) 879-9661
Facsimile:      (205) 879-9663

                    Respectfully submitted,

                    /s/ Kirkland E. Reid
                    Kirkland E. Reid (REIDK9451)
                    Attorney for Equifax Information
                        Services, LLC

OF COUNSEL:

Miller, Hamilton, Snider & Odom
254 State Street
PO Box 46
Mobile, AL 36601
Tel:  (251) 432-1414
Fax: (251) 433-4106

## CERTIFICATE OF SERVICE

      I hereby certify that on the 31st day of March, 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification to the below named counsel.

David M. Cowan
Mann, Cowan & Potter, P.C.
2000-B SouthBridge Parkway, Suite 601
Birmingham, AL 35209

Mark H. Carlton
The Law Center, 9 LaFayette Street North
LaFayette, Alabama 36862

                    /s/ Kirkland E. Reid
                    Kirkland E. Reid