IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SHAN LASHA GRIFFIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:08-CV-92-WKW |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On February 8, 2008, the Defendant Equifax Information Services, LLC ("Equifax"), removed this case from the Circuit Court of Chambers County (Doc. # 1). On March 5, 2008, plaintiff Shan Lasha Griffin ("Griffin") filed a Motion to Remand (Doc. # 7). On March 31, 2008, the parties filed a Joint Consent to Remand (Doc. # 11) in which the parties informed the court that the defendant consents to remand and that the plaintiff withdraws her request for an award of fees and/or costs set forth in the Motion to Remand.

It is ORDERED that:

1. The Motion to Remand (Doc. # 7) is GRANTED;

2. Plaintiff's request for an award of fees and/or costs as set forth in the Motion to Remand (Doc. # 7) is DENIED as moot;

3. This case is REMANDED to the Circuit Court of Chambers County, Alabama;

4. The Clerk is DIRECTED to take the appropriate steps to effectuate the remand.

DONE this 3rd day of April, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE